Eastern District of Kentucky
FILED
JUL 0 7 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

NOT FOR PUBLICATION OR CITATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 06-CV-165-JMH

LARRIANTE' SUMBRY                                        PLAINTIFF

VS:            **MEMORANDUM OPINION AND ORDER**

STATE OF INDIANA                                DEFENDANTS

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

Larriante' Sumbry, an individual currently confined in the Indiana State Prison in Michigan City, Indiana, originally mailed several documents to the Clerk of this Court, including a motion to proceed *in forma pauperis*, styled as above-captioned. In partial response to this Court's Deficiency Order of May 30, 2006, he has now filed a partial Certificate of Inmate Account; copies of institutional grievances which he has completed; and a completed formal complaint form wherein he adds two defendants.

Despite the Deficiency Order's grant of 30 days in which to respond and the warning that failure to adequately respond would result in dismissal of his cause, Sumbry has not filed anything in response to that portion of the Court's Order which directed him to provide "allegations as to this Court's jurisdiction; [and] alleged basis for venue in this District Court." His time for providing this information having now run with no appropriate motion for extension of time, **IT IS HEREBY ORDERED** as follows:

(1)     The plaintiff's motion to proceed *in forma pauperis* [Record No. 1] is **DENIED**.

(2)     This action is **DISMISSED** for want of prosecution. *McGore v. Wrigglesworth*, 114

F.3d 601, 605 (6th Cir. 1997); *Truitt v. Wayne County*, 148 F.3d 644 (6th Cir. 1998).

 (3) A contemporaneous Judgment shall be entered in favor of the defendants.

This the  7th  day of July, 2006.


            */s/ Joseph M. Hood*
            JOSEPH M. HOOD, CHIEF JUDGE


Date of Entry and Service: